IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-04M-MPT |
| | ) |
| LYNN N. MOROZ, | ) |
| | ) |
| Defendant. | ) |

<u>NOTICE OF MOTION</u>

TO:  Ferris W. Wharton, AUSA
     1007 Orange Street #700
     Wilmington, DE 19801

PLEASE TAKE NOTICE the attached Motion to Modify Sentence will be heard by this Honorable Court at a date and time convenient for Court and counsel.

                                   _____
                                   Edmund Daniel Lyons - 0881
                                   Attorney for Defendant
                                   1526 Gilpin Avenue
                                   P. O. Box 579
                                   Wilmington, Delaware 19899
                                   (302) 777-5698

Dated: January 26, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-04M-MPT |
| | ) |
| LYNN N. MOROZ, | ) |
| | ) |
| Defendant. | ) |

<u>MOTION TO MODIFY SENTENCE</u>

1. The Defendant in the above captioned matter was sentenced on May 9, 2005 to nine months home confinement and five years probation after pleading guilty to Counts One through Five of the Information against him, charging him with Willful Failure to File Tax Returns in violation of 26 U.S.C. §7203.

2. Defendant has served his nine months home confinement and is currently serving his probation, without incident.

3. Defendant has met all of the special conditions of supervision, including ongoing cooperation with the IRS in collection of back taxes, penalties and interest, wherein there is currently an offer in compromise which Defendant is awaiting a response to.

4. For the reasons set forth above, this is to request early termination of Defendant's probation.

                                                /s/ *(signature)*
                                    _____
                                    Edmund Daniel Lyons
                                    Attorney for Defendant
                                    1526 Gilpin Avenue
                                    P. O. Box 579
                                    Wilmington, Delaware 19899
                                    (302) 777-5698

Dated: January 26, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  05-04M-MPT |
| | ) |
| LYNN N. MOROZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered Defendant's probation is hereby terminated as of _____.

_____
The Hon. Mary Pat Thynge

Dated:

**AFFIDAVIT OF MAILING**

I, Donna L. Hendricks, secretary for Edmund Daniel Lyons, Esquire hereby certifies that on this 26th day of January, 2007, I caused a copy of the attached: Motion to Modify Sentence, to be delivered electronically, and by first-class mail to the following:

Ferris W. Wharton, AUSA
1007 Orange Street, #700
P. O. Box 2046
Wilmington, DE  19899

The document is available for public viewing and downloading.

*Donna L. Hendricks*
Donna L. Hendricks