IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-04M-MPT |
| | ) |
| LYNN N. MOROZ, | ) |
| | ) |
| Defendant. | ) |

ORDER

GOOD CAUSE APPEARING therefore, it is hereby Ordered Defendant's probation is hereby terminated as of _April 13, 2007_

_____
The Hon. Mary Pat Thynge

Dated: 4/13/07