

**U.S. Department of Justice**

United States Attorney
District of Delaware

1007 Orange Street, Suite 700      (302) 573-6277
P.O. Box 2046      FAX(302) 573-6125
Wilmington, Delaware 19899-2046

May 4, 2007

**By ECF**

The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

     Re:      **United States v. Lynn Moroz,
              Case No. 05-04M**

Dear Judge Thynge:

     As we discussed earlier today, I write to confirm on the record that because of an unfortunate chain of events involving the Clerk's Office and the Probation Office, the Court granted the defendant's motion for termination of probation based on the mistaken understanding that the government did not oppose the motion. As your clerk explained to me, he assumed the defendant's probation officer spoke on behalf of the U.S. Attorney's Office when the probation officer expressed his non-opposition to the motion. In fact, however, the probation officer had not consulted with our office and did not believe he was speaking on our office's behalf. So that the record is clear, our office would have opposed the motion for termination.

                                  Respectfully submitted,

                                  COLM F. CONNOLLY
                                  United States Attorney

CFC:taj

cc:      Edmund D. Lyons, Esq.